Lewis Weldon *v.* Mildred M. Weldon

King, C. J., Alcorn, House, Thim and Ryan, Js.

Argued December 3—decided December 17, 1968

*James N. Egan,* for the appellant (plaintiff).

*Norris L. O'Neill,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed since the subordinate facts found support the referee's conclusions and no error of law appears.

There is no error.